IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U. S. DISTRICT COURT
DISTRICT OF NEBRASKA
2016 APR 29 PM 4:00

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SCOTT L. MARTIN and<br>MICHELLE L. MARTIN,<br><br>　　　　Defendants. | 4:16CV3052<br><br>ORDER TO CLERK IN<br>REPLEVIN |

On the 28th day of April, 2016, this matter came on for hearing on the Plaintiff's request for delivery of certain personal property. The Plaintiff appeared before the Court in response to the Temporary Order of Replevin and Notice of Hearing served on the Defendant, Scott L. Martin, on or about April 15, 2016, and on Defendant, Michelle L. Martin, on or about April 15, 2016. Evidence was adduced, and the matter was submitted to the Court and the Court, being fully advised in the premises finds as follows:

    1.    That the Plaintiff is entitled, pending completion of the trial on the merits of this action, to the immediate delivery of the following described personal property:

        A 2011 Trail Runner Camper, 30FQBS, serial number 5SFEB3422BE214746.

    2.    That the Plaintiff has raised a bona fide issue as to whether it has special ownership and interest in the above-described property, but that

it appears sufficiently probable to the Court that the Plaintiff will prevail on the merits of this action.

3. That there is a bona fide issue as to whether the above-described personal property is wrongfully detained by the Defendants.

IT IS THEREFORE ORDERED that the Clerk of this Court shall issue an Order for delivery of the above-described personal property into the Plaintiff's possession, subject to the Plaintiff's further compliance with the law. Further, Red Willow County Sheriff is directed to obtain possession of the property described above, subject to further order of this Court.

Dated: April 29, 2016.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge