IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT L. MARTIN and<br>MICHELLE L. MARTIN,<br><br>Defendants. | 4:16CV3052<br><br>ORDER OF REPLEVIN |

To the Red Willow County Sheriff:

Whereas the Plaintiff named above has instituted an action in this Court to recover from the Defendants' possession of the following described personal property.

2011 Trail Runner Camper, 30FQBS, serial number 5SFEB3422BE214746 located in McCook, Nebraska.

And whereas the Honorable John M. Gerrard, Judge of this Court, has directed the undersigned clerk to issue an Order for delivery of the above-described property to the Plaintiff;

Now, therefore, you are hereby commanded to take the above-described property and deliver it to the Plaintiff named above at: the Farm Service Agency, located at 1400 W. 5th Street, McCook, NE 69001; who will maintain possession until further Order of this Court.

You shall make return of this Order by the 18th day of May, 2016.

Witness my hand and seal this 29th day of April, 2016.

Colleen C Brian
Dep. Clerk of the Court