IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>SCOTT L. MARTIN AND<br>MICHELLE L. MARTIN,<br><br>           Defendants. | 4:16-CV-3052<br><br>ORDER |

      This was a replevin action, in which the United States sought to sell property belonging to the defendants, Scott and Michelle Martin, in which the United States had a security interest. Filing 1. But the property sold for more than the Martins owed, so the amount left over—$3,464.15—was given to the Clerk of the Court. As of now, no one has claimed the leftover money.

      The leftover $3,464.15 probably belongs to the Martins, if they claim it. But they need to file some sort of claim or statement to the Court. So, the Court will set a December 22, 2016 deadline for them to do so. If no claim is made, the Court will enter a final judgment in this case and remit the surplus funds in the manner provided for unclaimed property.

      IT IS ORDERED:

1. The Martins shall file any claim for the remaining $3,464.15 on or before December 22, 2016.

2. The Clerk of the Court is directed to provide notice of this order to the Martins by certified mail to their last known address:

    Scott L. Martin
    Michelle L. Martin
    71852 Road 388
    McCook, NE 69001

- 2 -

Dated this 22nd day of November, 2016.

BY THE COURT:

_____
John M. Gerrard
United States District Judge