IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>SCOTT L. MARTIN AND<br>MICHELLE L. MARTIN,<br><br>           Defendants. | 4:16-CV-3052<br><br>ORDER |

      In its Order of November 22, 2016 (filing 24), the Court directed the Martins to file any claim for the surplus funds resulting from the sale of their property on or before December 22, 2016. The Court is now in receipt of the Notice of Claim (filing 26) filed by the Chapter 7 Bankruptcy Trustee for Scott Martin's bankruptcy.

      The Martins are notified that should they decline to file a claim or statement on or before December 22, 2016, the Court will grant the trustee's request and direct the Clerk of the Court to distribute the funds to Scott Martin's bankruptcy estate. Should the Martins contest the trustee's claim, the Court will consider whether to refer the dispute to the bankruptcy court or establish some other procedure for resolving the disagreement.

      IT IS ORDERED:

1. The Martins shall file any claim for the remaining $3,464.15 on or before December 22, 2016. In the absence of any claim, the funds will be distributed as requested by the bankruptcy trustee.

2. The Clerk is directed to provide notice of this order to the Martins, and to Scott Martin's bankruptcy counsel, James C. Bocott, at the addresses set forth in filing 26.

- 2 -

Dated this 1st day of December, 2016.

BY THE COURT:

_____
John M. Gerrard
United States District Judge

- 2 -