IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO: 4:16cv3052 |
| | ) | |
| Plaintiff, | ) | ORDER |
| vs. | ) | TO WITHDRAW EXHIBITS |
| | ) | OR TO SHOW CAUSE WHY |
| SCOTT L. MARTIN AND MICHELLE | ) | EXHIBITS SHOULD NOT BE |
| L. MARTIN, | ) | DESTROYED |
| | ) | |
| Defendants. | ) | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel shall either withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order or show cause why the exhibits should not be destroyed:

Plaintiff's Exhibit Nos. 1-4 from Replevin action held on 4/28/16.

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

DATED this 21st  day of November, 2017.


s/ John M. Gerrard

United States District Judge